# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Gregory David Turlington                          : CHAPTER 7
and Deborah Ann Turlington                        :
                                                  :
       Debtors                                   : NO.   18-16768 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF BANKRUPTCY COURT:

    Kindly enter my appearance as counsel for debtors, Gregory David Turlington and Deborah Ann Turlington in the above bankruptcy action, and demand is given that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

           **Michael A. Latzes, Esquire**

           **1528 Walnut Street, Suite 700**

           **Philadelphia, PA   19102**

           **(215) 545-0200 (Telephone)**

           **(215) 545-0668 (Facsimile)**

           **Attorney I.D. # 34017**


DATED:    10-25-18                           /S/   MICHAEL A. LATZES, ESQUIRE
                                                               MICHAEL A. LATZES, ESQUIRE
                                                               Attorney for Debtors